IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:19-cv-00477-CCE-LPA

| | |
|---|---|
| THE ESTATE OF NAJEE ALI BAKER, by and through his Ancillary Administrator, Jemel Ali Dixon,<br><br>Plaintiff,<br><br>v.<br><br>WAKE FOREST UNIVERSITY, a North Carolina non-profit corporation and institution of higher education; THE PI OMICRON CHAPTER OF DELTA SIGMA THETA SORORITY, INC., a North Carolina unincorporated association; RHINO SPORTS & ENTERTAINMENT SERVICES, LLC, a North Carolina limited liability corporation; JOHN DOE OFFICER OF THE WAKE FOREST UNIVERSITY POLICE DEPARTMENT, individually and as an agent of Wake Forest University; JOHN DOE SECURITY STAFF OF THE WAKE FOREST UNIVERSITY POLICE DEPARTMENT; individually and as an agent of Wake Forest University; JOHN DOE RHINO SECURITY STAFF 1-2, individually and as agents and employees of Rhino Sports & Entertainment Services, LLC;<br><br>Defendants. | **ORDER** |

Considering the Joint Motion to Stay Proceedings (the "Motion to Stay") submitted by Plaintiff Estate of Najee Ali Baker, by and through his ancillary administrator Jemel Ali Dixon, and Defendants Wake Forest University, the Pi Omicron Chapter of Delta Sigma

Theta Sorority, Inc., and Rhino Sports & Entertainment Services, LLC (collectively the "Parties"), the Court finds that a stay would advance the interests of judicial economy without any prejudice to the Parties. Accordingly, and good cause appearing, IT IS ORDERED that the Motion to Stay is GRANTED. The case is stayed in its entirety until such time as any Party moves the Court to lift the stay and the Court grants such motion to dissolve.

This day the ____ of _____, 2019.

_____
L. Patrick Auld
United States Magistrate Judge