# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE ESTATE OF NAJEE ALI BAKER, by and through his Ancillary Administrator, Jemel Ali Dixon;<br><br>Plaintiff,<br>v.<br><br>WAKE FOREST UNIVERSITY, a North Carolina non-profit corporation and institution of higher education; THE PI OMICRON CHAPTER OF DELTA SIGMA THETA SORORITY, INC., a North Carolina unincorporated association; RHINO SPORTS & ENTERTAINMENT SERVICES, LLC, a North Carolina Limited Liability Corporation; JOHN DOE OFFICER OF THE WAKE FOREST UNVIERSITY POLICE DEPARTMENT, individually and as an agent of Wake Forest University; JOHN DOE SECURITY STAFF OF THE WAKE FOREST UNIVERSITY POLICE DEPARTMENT, individually and as an agent of Wake Forest University; JOHN DOE RHINO SECURITY STAFF 1–2, individually and as agents and employees of Rhino Sports & Entertainment Services, LLC;<br><br>Defendants. | Civil Action No. 1:19-cv-00477 |

## JOINT NOTICE OF PARTIAL SETTLEMENT

Now into Court, through undersigned counsel, come Plaintiff Jemel Ali Dixon, as Ancillary Administrator of the Estate of Najee Ali Baker, and Defendant The Pi Omicron Chapter of Delta Sigma Sorority, Inc. ("Pi Omicron"), who, jointly and pursuant to LR

1

83.3, hereby notify the Court and the Clerk that Plaintiff and Pi Omicron have reached a settlement in principle to resolve Plaintiff's claims and the litigation against Pi Omicron. The settlement in principle applies to Pi Omicron only. Plaintiff's claims remain active and pending against all of the other Defendants in this action. Plaintiff and Pi Omicron will file a Joint Stipulation of Dismissal with Prejudice as to Plaintiff's claims against Pi Omicron upon consummation of the terms of the settlement.

Dated: January 29, 2020

Respectfully submitted,

/s/ Jeffrey D. Keister
**MCANGUS GOUDELOCK & COURIE, PLLC**
Jeffrey D. Keister
N.C. State Bar No.: 28612
Stephen K. Pytlik
N.C. State Bar No.: 50190
5400 Glenwood Avenue – Suite 100
Raleigh, North Carolina 27612
jkeister@mgclaw.com
stephen.pytlik@mgclaw.com

*Counsel for The Pi Omicron Chapter of Delta Sigma Theta Sorority, Inc.*

/s/ Jonathon N. Fazzola
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Jonathon N. Fazzola* – Lead Attorney
Douglas E. Fierberg*
161 East Front Street, Suite 200
Traverse City, MI  49684
 &
1701 Pennsylvania Avenue, Suite 200
Washington, DC  20006
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: jfazzola@tfnlgroup.com
Email: dfierberg@tfnlgroup.com
(*appearing by special appearance*)

/s/ Jay H. Ferguson
**THOMAS, FERGUSON & MULLINS, LLP**
Jay H. Ferguson
N.C. State Bar No. 16624
119 East Main Street
Durham, NC  27701
Telephone: (919) 682-5684
Email: ferguson@tfmattorneys.com

*Counsel for Plaintiff The Estate of Najee Baker*

# CERTIFICATE OF SERVICE

    I hereby certify that on this date a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 29, 2020                                      Respectfully submitted,

                                                                               /s/ Jonathon N. Fazzola
                                                                               Jonathon N. Fazzola