# EXHIBIT 11

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2               Case No. 1:19-cv-00477-CCE-LPA
 3
 4
     THE ESTATE OF NAJEE ALI        )
 5   BAKER, by and through his      )
     Ancillary Administrator,       )
 6   Jemel Ali Dixon,               )
                                    )
 7              Plaintiff,          )
                                    )
 8         V.                       )
                                    )
 9   WAKE FOREST UNIVERSITY, et     )
     al.,                           )
10                                  )
                Defendants.         )
11   _____     )
12
13
14
            VIDEOTAPE VIDEOCONFERENCE DEPOSITION
15                           OF
                       JEMEL ALI DIXON
16
17                    MARCH 26, 2021
                   10:05 A.M. - 2:45 P.M.
18
19
20
21
22
23
24   Reported by: Michelle Maar, RDR, RMR, FCRR
25
```

1      MR. KING:  The exit video, Katie.

2      This will be Defendant's Trial Exhibit 4.

3      (Exhibit 4, previously marked, is introduced.)

4  BY MR. KING:

5      Q.   When we get to your son on the video, I want you

6  to say something so that we can stop.  Okay?

7      A.   Okay.

8      (Video is played on the shared screen.)

9      THE WITNESS:  There you go.  That's, that's him.

10 BY MR. KING:

11     Q.   Okay.  So that -- your son is the person dressed

12 in all black, with the long-sleeved, black T-shirt, that we

13 just saw leaving, with 2.22, I'm sorry, 2 minutes and 22

14 seconds into the video?

15     Mr. King:  Is that right, Katie?

16 BY MR. KING:

17     Q.   Is that correct, ma'am?

18     A.   Yes, sir.  That's my son.

19     Q.   Okay.  I want to continue to play this video.

20     If you see anybody else that is an

21 African-American male wearing either a long-sleeved, black

22 T-shirt or dressed in black with a shirt tied around his

23 waist, will you say that please?

24     A.   You said tied, what did he have on, a shirt tied

25 around his waist?

Page 155

CERTIFICATE OF REPORTER

STATE OF NORTH CAROLINA AT LARGE, to wit:

I, Michelle Maar, RDR, RMR, FCRR, the officer before whom the foregoing videoconference deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition declared her testimony would be given under penalty of perjury, per stipulation, that the testimony of said witness was reported by me through videoconference technology to the best of my ability, and thereafter reduced to writing;

That I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

That I am located in Wake County, North Carolina.

That the deponent declared by stipulation indicated she was located in New York City, NY.

*Michelle Maar*

Michelle Maar, Court Reporter

Notary Public #201628400102

My Commission expires October 4, 2021