# EXHIBIT 13

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

2                    No. 1:19-cv-00477-CCE-LPA

3

4    THE ESTATE OF NAJEE ALI BAKER, by and )
     through his Ancillary Administrator,  )
5    Jemel Ali Dixon,                      )
                                           )
6              Plaintiff,                  )
                                           )
7    vs.                                   )
                                           )
8    WAKE FOREST UNIVERSITY, et al.,       )
                                           )
9                                          )
               Defendants.                 )
10                                         )
                                           )
11                                         )
12
13
14

15      Remote Deposition of OFFICER MICHAEL DEAN BOTTOMS
16                  (Taken by Plaintiff)
17                Greensboro, North Carolina
18                Thursday, December 3, 2020
19
20
21
22
23
24              Reported in Stenotype by
               Lauren M. McIntee, RPR, CRR
25      Transcript produced by computer-aided transcription

1    A.    The -- I don't know if you consider the

2    management.  I think it was a group effort.  You know, I

3    wasn't directly involved in that.  Usually, I was

4    just -- I got my assignments.

5    Q.    And that was going to be my question.  Have

6    you at any point been involved in developing policy

7    related to the management of Barn policies?

8    A.    Not that I am aware of, no.

9    Q.    Have you ever been asked by anyone to detail

10   your experience or recommendations working Barn parties

11   to assist them in developing strategics or policies for

12   managing those events?

13   A.    Not that I recall, no.

14        MR. FAZZOLA:  Why don't we go off the record.

15     Take a break.

16        (Recess taken 11:24 a.m. to 11:35 a.m.)

17   BY MR. FAZZOLA:

18   Q.    Okay.  Officer Bottoms, I want to take you

19   back to the night of the Barn party on January 19th,

20   2018.  Okay?

21        Am I correct that at some point in the

22   evening, you were summoned into the Barn by event staff

23   based on a report of a fight?

24   A.    Yes.

25   Q.    And what do you recall event staff told you

1  about the nature of the fights inside the Barn?

2       A.    About the fight that night?

3       Q.    Correct.  When you -- and just so -- to

4  clarify my question.  When you were initially advised of

5  the fights going on inside the Barn?

6            MS. FULTON:  Sorry.  Are you saying "fights"

7     or "fight"?

8            MR. FAZZOLA:  Fight.

9            MS. FULTON:  Okay.

10      A.    Okay.  I was told that there -- only thing

11 that I recall that I was told, that there was a fight

12 inside the Barn on the dance floor area, but nowhere

13 specific.

14 BY MR. FAZZOLA:

15      Q.    When you were initially told about the fight,

16 were identities of the participants in the altercation

17 provided to you?

18      A.    No.

19      Q.    After you were advised of the fight, did you

20 enter the Barn?

21      A.    To the dance floor area, yes.  I was already

22 inside the Barn, I think.  I believe I was -- I forgot.

23 I'm sorry.  Go ahead.

24      Q.    Well, I just want to know what you recall.

25 So after being advised of the fight, whether you were

1     inside the Barn or outside the Barn, when you were

2     advised of the fight, you were not in the dance area of

3     the Barn, right?

4          A.    Correct.

5          Q.    After you were advised of the fight, is it

6     true that you then entered the dance area of the Barn?

7          A.    Correct.

8          Q.    Can you describe for us what you recall

9     seeing and hearing after you entered the dance area?

10         A.    There was a large crowd.  I mean, it was very

11    loud due to the party.  What I saw was the crowd

12    shifting to the left.  So I went to the left, walked

13    toward the back of the Barn on the inside of the dance

14    floor and trying to locate the fight.

15         Q.    Were you able to locate the fight?

16         A.    I never saw anyone fighting.  And to my

17    knowledge, no one ever told me who was involved in it.

18    If there was a fight.

19         Q.    And when you say, "no one told you who was

20    involved," do you mean at the point you're entering the

21    Barn and -- and moving in the way you described -- well,

22    I just want to understand.  When you say, "no one told

23    you who was involved in the fight," do you mean ever or

24    do you mean while you were in the Barn after being

25    notified of the fight?

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 5 of 17

1       A.    I was never informed on that night.  And to

2    be honest with you, I still to this day do not know who

3    was actually involved in a fight.

4       Q.    And one of the reasons for that is, you

5    weren't inside when the fight broke out, right?

6       A.    To my knowledge, no.

7       Q.    What else do you recall observing or hearing

8    after you entered the dance floor of the Barn?

9       A.    Well, after I entered on the dance floor and

10   went to the left, I observed one person that seemed to

11   be very upset and he was -- what appeared to me was

12   surrounded by some of his friends that were trying to

13   get him to calm down.  And that's basically when the --

14   you know, I was trying to get him to calm down so it

15   didn't escalate to anything further.

16      Q.    You believed based on how that individual was

17   acting, that it was important to try to de-escalate the

18   situation?

19      A.    For that person, yes.

20      Q.    What did that person look like?

21      A.    I can't remember specific details other than

22   he was taller than some of his friends and a black male.

23      Q.    Do you recall what he was wearing?

24      A.    No, I can't recall now.

25      Q.    Has -- have you ever had the opportunity to

```
 1    interview that individual?

 2         A.    No -- no.

 3         Q.    Have you ever learned his identity?

 4         A.    No.  Not for sure, no.

 5         Q.    And what did you do to try to get that

 6    individual to calm down?

 7         A.    Well, normally, the friends are a real good

 8    asset to get people to calm down.  So I think on some of

 9    the video that I saw, you know, I was telling them to

10    see if they can get him to chill down.  And that was my

11    goal so it didn't escalate to a higher event on the

12    inside.

13         Q.    While you were inside the Barn, the dance

14    floor area, were there any other individuals whose

15    behavior you were concerned about?

16         A.    I did not see any others that I was concerned

17    with, that my intention was mostly on this particular

18    guy and then his friends around him and just watching

19    that small group.

20         Q.    What else do you recall observing or hearing

21    during your time on the dance floor after responding to

22    a report of a fight?

23         A.    I'm not sure what you're asking.  Can you ask

24    again?

25         Q.    Yeah.
```

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 7 of 17

1    A.    Maybe clarify?

2    Q.    Do you recall hearing or observing anything

3    inside the Barn other than what you just described to

4    us?

5    A.    As a disturbance?  No.

6    Q.    Just generally while you were in the Barn.

7    A.    It was very loud.  Inside, it was very loud

8    just from the party itself and the number of people.  As

9    you could probably hear on some of the video.

10   Q.    When you entered the dance floor, did you

11   have clear visibility so that you could see all of the

12   participants who were on the dance floor?

13   A.    I would say that would be impossible.

14   Q.    How long do you think you remained in the

15   Barn after entering the dance floor?

16   A.    On that particular incident, I can't be

17   really sure.  Seemed like -- what comes to mind to me,

18   and it could be longer, I have no idea, maybe

19   five minutes.  I don't know.

20   Q.    Was there a specific reason why you left the

21   Barn?

22        MS. FULTON:  Objection.  Vague as to time.

23   A.    I'm sorry.

24   BY MR. FAZZOLA:

25   Q.    You can answer, Officer Bottoms.  But just to

1    clarify so it's clear, I am referencing after the

2    approximately five minutes you were in the Barn.

3         A.    Okay.

4         Q.    Right.  After those five minutes, you left

5    the Barn, right?

6         A.    Yeah, I went outside.

7         Q.    And was the -- go ahead.  You can -- I don't

8    mean to --

9         A.    Well, one of the -- I'm just trying to get

10   the -- get the gentleman to calm down.  One of the Rhino

11   personnel said that this gentleman needs to leave the

12   party, and so that's why we left.  I asked for them or

13   him to leave, and that's when we proceeded outside the

14   Barn.

15        Q.    So is it true that you followed this

16   individual as he left the Barn?

17        A.    I followed the whole -- the group, him and

18   his friends.

19        Q.    Was one of the reasons you did that to ensure

20   the individual left the Barn?

21        A.    Well, that would be one reason, and also to

22   make sure, you know, nothing else occurred inside the

23   Barn.

24        Q.    Did you want to make sure that individual

25   wasn't a threat to anybody else in the Barn?

1      A.    Well, I don't know if you'd call him a

2      threat.  More of a -- creating disturbance for the

3      people at the Barn.

4      Q.    Is it true that you wanted to help ensure

5      that individual wouldn't create further disturbance for

6      the people in the Barn?

7      A.    Correct.

8      Q.    Is it also accurate that one of the reasons

9      you followed that individual outside the Barn is that

10     you wanted to help ensure that individual didn't create

11     further disturbance as he was leaving the Barn down the

12     roadway?

13     A.    Yeah, that sounds correct.

14     Q.    I want to go back to when you were inside the

15     Barn.  Were there any other police officers with you

16     when you were summoned inside because of a fight?

17     A.    To be honest with you, I know there was

18     another officer came, but whether she was actually there

19     at that time, I can't remember.  And I'm sure y'all have

20     record of that.

21     Q.    So is it fair to say that you don't have a

22     recollection -- if there were an officer in the Barn

23     during that 5-minute time period, you don't have a

24     recollection of having had conversations with her on the

25     dance floor area?

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 10 of 17

1          MS. FULTON:  Objection.

2      A.    In regard to the disturbance, no.  I know a

3   female Officer Felts was called up for the alcohol

4   related issue.

5   BY MR. FAZZOLA:

6      Q.    Is that Officer Dana Felts?

7      A.    Correct.

8      Q.    After you followed this individual outside of

9   the Barn, did you have any conversations with Officer

10  Felts regarding that individual?

11     A.    I asked Officer Felts if she would, as the

12  group was walking down the walkway, on the roadway

13  behind Piccolo and Palmer, if she would just -- if she

14  would monitor them.

15     Q.    Why did you -- why did you ask Officer Felts

16  to monitor the group?

17     A.    Just from, you know, him being disturbed

18  inside the Barn, just to make sure, just to watch him.

19     Q.    And why was it that you wanted Officer Felts

20  to watch that individual?

21     A.    Well, basically, just for -- hopefully, his

22  friends got him to calm down and he didn't have any

23  other altercations whether he brought on or someone else

24  involved.

25     Q.    Now, when you exited the Barn, was Officer

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 11 of 17

1    Felts already outside the Barn?

2         A.    I can't specifically remember now, but I

3    would think so.  I'm not sure.

4         Q.    You're -- I understand you're not sure, but

5    you also said you would think so.  Is there a reason why

6    you would think so?

7         A.    I know -- I -- I don't know.  I know she was

8    there in the first response of the alcohol-related

9    issue, and all where she was during everything, I can't

10   really remember.  It should be on video or something.

11        Q.    Okay.  But apart from what's on video, you

12   don't have an independent recollection of where Officer

13   Felts was when you exited the Barn; is that right?

14        A.    I'm thinking that she was outside.

15        Q.    Okay.

16        A.    Just -- just outside the Barn door.

17        Q.    Do you recall Officer Felts telling you

18   anything when you exited the Barn?

19        A.    No.  Not now, no.

20        Q.    Do you recall anyone else who was outside the

21   Barn telling you anything about the actions or

22   activities of other people that had left the Barn before

23   you?

24        A.    At that time, no.

25        Q.    Was there a later time when someone did?

1      A.    I spoke to people after the incident, and

2   some mentioned some things that occurred outside.

3      Q.    But while the incident was in progress, those

4   things were not mentioned to you; is that right?

5      A.    Not that I recall, no.

6      Q.    Okay.  You asked Officer Felts to follow that

7   individual and the group he was with down the road.  Did

8   she do that?

9      A.    She was delay -- delayed for a brief moment,

10  and to my knowledge, yeah, she did.  Or close behind.

11     Q.    And why was Officer Felts delayed for a brief

12  moment?

13     A.    Well, shortly after, we were -- walked out

14  the door and we were out front.  At some point, I guess

15  they canceled the party.  And then we have some student

16  ER team that -- that I recall were coming up to check on

17  the second female who had been drinking.  And as they

18  were coming up the roadway, it would block her from

19  leaving.  And that made her hesitate before she started

20  down the roadway.

21     Q.    After leaving the Barn and advising Officer

22  Felts to follow that individual and the group, did you

23  remain outside the Barn?

24     A.    Yes.

25     Q.    What do you recall seeing and hearing after

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 13 of 17

1    that?

2         A.    What I recall is, you know, at that point, I

3    look and a lot of people leaving the Barn.  And I

4    thought to myself, well, I guess they've canceled the

5    party or shut it down.  And during that time when the

6    people were leaving and what I heard was a pop sound.  I

7    couldn't tell where it came from or what direction or

8    even what it was.  And -- and I learned later other --

9    well, anyways, that's basically it.  That's what I

10   heard.

11        Q.    And after hearing the pop sound, did you --

12   well, did you take any -- did you take any action in

13   response to hearing the pop sound?

14        A.    That I recall, on our departmental radio I

15   called and advised them that I had heard a pop sound,

16   not knowing the location.  I didn't know if it was a

17   gunshot or not.

18        Q.    And do you recall indicating in your radio

19   call that it was a potential gunshot?

20        A.    I think I said it could or it may have not

21   been.  I don't recall.  Y'all can play it back and see.

22        Q.    And when you say we "can play it back," I

23   meant to ask this earlier.  During the time in

24   question -- during the time we've been discussing, did

25   you have a body cam on you?

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 14 of 17

1    you agree, where you mentioned the number 201?

2        A.    Correct.

3        Q.    Is that your radio handle on the Winston

4    Salem Police Department --

5        A.    Correct.

6        Q.    -- radio network?

7        A.    Yes, it is.

8        Q.    And was the clip we just heard you radioing a

9    call in to Winston Salem Police Department dispatch?

10       A.    Correct.

11       Q.    Why did you ask for any available units to

12   stand around Wake Forest Road in Lot W?

13       A.    Well, since the party was ending, there was a

14   large group and everybody should be walking back to

15   their car.  I just felt it would be a good idea if it

16   was -- any officer available that would be out in the

17   area just to monitor the crowd.  I mean, everybody, not

18   just any particular individual.

19       Q.    And you thought it was a good idea.  Did you

20   think it was a good idea to have additional manpower to

21   help monitor the crowd that was leaving the event?

22       A.    I just -- you heard from the radio.  I just

23   requested anybody that maybe was available that could

24   just kind of watch as the people were leaving.

25       Q.    And was it your understanding when you made

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 15 of 17

1   STATE OF NORTH CAROLINA

2   COUNTY OF FORSYTH:

3

4                   REPORTER'S CERTIFICATE

5

6           I, LAUREN McINTEE, RPR, CRR, a Notary Public

7   in and for the State of North Carolina, located in

8   Forsyth County, North Carolina, do hereby certify that

9   there appeared remotely on Thursday, the 3rd day of

10  December, 2020, the person hereinbefore named located in

11  Guilford County, North Carolina, who was by me duly

12  sworn to testify to the truth and nothing but the truth

13  of his knowledge concerning the matters in controversy

14  in this cause; that the witness was thereupon examined

15  under oath, the examination reduced to typewriting under

16  my direction, and the deposition is a true record of the

17  testimony given by the witness.

18          I further certify that I am neither attorney

19  or counsel for, nor related to or employed by, any

20  attorney or counsel employed by the parties hereto or

21  financially interested in the action.

22          I signed this notarial certificate on 11th

23  day of December, 2020, according to the emergency video

24  notarization requirements contained in G.S. 10B-25.

25          IN WITNESS WHEREOF, I have hereto set my

1    hand, this the 11th day of December, 2020.

2

3

4

                    LAUREN McINTEE, RPR, CRR Notary Public

5                   Notary Number:  201616600044

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:19-cv-00477-CCE-LPA   Document 77-12   Filed 05/26/21   Page 17 of 17