IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE ESTATE OF NAJEE ALI BAKER, by and through his Ancillary Administrator Jemel Ali Dixon,<br><br>       Plaintiff,<br><br>       v.<br><br>WAKE FOREST UNIVERSITY,<br><br>       Defendant. | 1:19-CV-477 |

## **JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

It is hereby **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE