FILED: May 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1920
(1:19-cv-00477-CCE-LPA)

_____

ESTATE OF NAJEE ALI BAKER, by and through his Ancillary Administrator Jemel Ali Dixon

   Plaintiff - Appellant

v.

WAKE FOREST UNIVERSITY, A North Carolina non-profit institution of higher education

   Defendant - Appellee

 and

THE PI OMICRON CHAPTER OF DELTA SIGMA THETA SORORITY, INC., A North Carolina unincorporated association; RHINO SPORTS & ENTERTAINMENT SERVICES, LLC, A North Carolina limited liability corporation; JOHN DOE, Officer of The Wake Forest University Police Department, individually and as an agent of Wake Forest University; JOHN DOE, Security Staff of The Wake Forest University Police Department, individually and as an agent of Wake Forest University; JOHN DOE RHINO SECURITY STAFF 1-2, Individually and as agents and employees of Rhino Sports & Entertainment Services, LLC

   Defendants

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK