FILED: June 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1920
(1:19-cv-00477-CCE-LPA)

_____

ESTATE OF NAJEE ALI BAKER, by and through his Ancillary Administrator Jemel Ali Dixon

   Plaintiff - Appellant

v.

WAKE FOREST UNIVERSITY, A North Carolina non-profit institution of higher education

   Defendant - Appellee

and

THE PI OMICRON CHAPTER OF DELTA SIGMA THETA SORORITY, INC., A North Carolina unincorporated association; RHINO SPORTS & ENTERTAINMENT SERVICES, LLC, A North Carolina limited liability corporation; JOHN DOE, Officer of The Wake Forest University Police Department, individually and as an agent of Wake Forest University; JOHN DOE, Security Staff of The Wake Forest University Police Department, individually and as an agent of Wake Forest University; JOHN DOE RHINO SECURITY STAFF 1-2, Individually and as agents and employees of Rhino Sports & Entertainment Services, LLC

   Defendants

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Chief Judge Gregory, Judge Thacker, and Judge Quattlebaum.

For the Court

/s/ Patricia S. Connor, Clerk