FILED: June 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1920
(1:19-cv-00477-CCE-LPA)

_____

ESTATE OF NAJEE ALI BAKER, by and through his Ancillary Administrator Jemel Ali Dixon

        Plaintiff - Appellant

v.

WAKE FOREST UNIVERSITY, A North Carolina non-profit institution of higher education

        Defendant - Appellee

and

THE PI OMICRON CHAPTER OF DELTA SIGMA THETA SORORITY, INC., A North Carolina unincorporated association; RHINO SPORTS & ENTERTAINMENT SERVICES, LLC, A North Carolina limited liability corporation; JOHN DOE, Officer of The Wake Forest University Police Department, individually and as an agent of Wake Forest University; JOHN DOE, Security Staff of The Wake Forest University Police Department, individually and as an agent of Wake Forest University; JOHN DOE RHINO SECURITY STAFF 1-2, Individually and as agents and employees of Rhino Sports & Entertainment Services, LLC

        Defendants

_____

## M A N D A T E
_____

The judgment of this court, entered 05/23/2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*